UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHARLES EICKLEBERRY,  CIVIL NO. 11-443 (DSD/JSM)
    Petitioner,

v.  ORDER

B.R. JETT, Warden,

    Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 7, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Charles Eickleberry's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Docket No. 1] is **DENIED** and dismissed **WITH PREJUDICE**; and

2. Charles Eickleberry's Motion for a Temporary Restraining Order and Order to Show cause Why a Preliminary Injunction should not Issue [Docket No. 6] is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:   December 23, 2011

                                          s/David S. Doty
                                          DAVID S. DOTY, Judge
                                          United States District Court